IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TIFFANY PETEET, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-1312 |
| SAMUEL HAWKINS and THE UNITED STATES OF AMERICA, | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**AMENDED MEMORANDUM AND RECOMMENDATION**

Having conducted a de novo review of the Magistrate Judge's Amended Memorandum and Recommendation dated July 17, 2018, and Plaintiff's objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. It is, therefore, **ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 23rd day of August, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE